[Cite as *Marrero v. Ohio Bur. of Motor Vehicles*, 2010-Ohio-4219.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

EDWARD MARRERO

> Plaintiff

> v.

Case No. 2010-01298-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL     OHIO BUREAU OF MOTOR VEHICLES


{¶ 1}  On March 16, 2010, plaintiff was ordered to either pay the $25 filing fee or to file a poverty statement.  Plaintiff has failed to comply with the court order.  Therefore, plaintiff's action is DISMISSED, without prejudice, pursuant to Civ.R. 41(B)(1).  The court shall absorb the costs of this case.


_____
DANIEL R. BORCHERT
Deputy Clerk

cc:

Edward Marrero
16883 Lanier Avenue
Strongsville, Ohio  44136

Ohio Bureau of Motor Vehicles
1970 West Broad Street
Columbus, Ohio  43216-6520

Filed 5/4/10
Sent to S.C. reporter 9/2/10